# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL IBARRA | |
| Petitioner, | Case No. 8:19-cv-01764-JLS-DFM |
| v. | **JUDGMENT** |
| NAVIENT SOLUTIONS, LLC | |
| RESPONDENT. | **Judge:** Honorable Josephine L. Staton |

The Petition for Confirmation of Arbitration Award filed by Petitioner MIGUEL IBARRA was scheduled for hearing on December 5, 2019. The court found the matter appropriate for decision without oral argument.

After full consideration of the evidence submitted by the parties, the court orders as follows:

1. The Court GRANTS the Petition for Confirmation of Arbitration Award (Dkt. 1).
2. The court CONFIRMS the Arbitration Award (Dkt. 1 Exhibits 2 and 3).
3. In accordance with the arbitration award, Respondent Navient Solutions, LLC is ORDERED to pay Petitioner MIGUEL IBARRA the sum of $233,725.78 broken down as follows:
    a. $226,000.00 From the underlying award for Navient's Willful and Knowing Violations of Telephone Consumer Protection Act less $20,611.48 reflecting Petitioners student loan liability totaling $205,388.53;
    b. $500 in damages under California's Rosenthal Fair Debt Collection Practices Act;
    c. $7,971.60 in Attorney fees for the initial arbitration proceeding;
    d. $13,713.50 in Attorney fees for the appeal arbitration proceeding;
    e. $2,493.50 interest on the Arbitration Award at 5%; and
    f. $3,658.20 in Attorney fees to confirm the Arbitration Award
4. Post judgment interest governed by the provisions of 28 U.S.C. § 1961 shall be begin accruing on the date this Order is entered.

IT IS HEREBY ORDERED that Petitioner MIGUEL IBARRA'S Motion to Confirm the Arbitration Award is GRANTED and the Arbitration award is CONFIRMED.

**IT IS SO ORDERED.**

Dated: December 20, 2019



_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE